## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:  
                                                               Case No: 8:18-bk-05335-MGW  
                                                               Chapter 13

ANNETTE TASKER JACKSON
_____/

## REPORT OF UNCLAIMED FUNDS

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to December 18, 2018, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 114618 | $2,000.00 | Annette Tasker Jackson<br>2001 E. Emman Street<br>Tampa, FL  33610 |
| 114618 | $2,985.00 | Annette Tasker Jackson<br>2001 E. Emman Street<br>Tampa, FL  33610 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $4,985.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  February 15, 2019.

                                                  /s/ Kelly Remick  
                                                  Kelly Remick  
                                                  Chapter 13 Standing Trustee  
                                                  P.O. Box 6099  
                                                  Sun City Center, FL 33571-6099  
                                                  Phone (813) 658-1165  
                                                  Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry