IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:  Case No: 8:18-bk-05335-MGW
Chapter 13

ANNETTE TASKER JACKSON
_____/

**REPORT OF UNCLAIMED FUNDS**

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to January 18, 2019, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 114854 | $1,000.00 | Annette Tasker Jackson<br>c/o Fresh Start Law Firm, Inc.<br>P.O. Box 2105<br>Seffner, FL  33583 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $1,000.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  March 27, 2019.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry